UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-193 |
| Plaintiff, | JUDGE MARBLEY |
| vs. | INFORMATION<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)<br>18 U.S.C. § 924(c)(1)(A) |
| LAURA REYES ESQUIVEL, | |
| Defendant. | Forfeiture Notice |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### Title 21, United States Code, Section 841(a)(1)
### Possession with Intent to Distribute a Controlled Substance

On or about June 4, 2025, in the Southern District of Ohio and elsewhere, the defendant, **LAURA REYES ESQUIVEL**, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).**

### COUNT 2
### Title 18, United States Code, Sections 924(c)(1)(A)
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

On or about June 4, 2025, in the Southern District of Ohio, the defendant, **LAURA REYES ESQUIVEL**, did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, namely, knowingly and intentionally possessing a controlled substance with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), as charged in Count One of this Information.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A).**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Information, the defendant, **LAURA REYES ESQUIVEL**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation including, but not limited to, a black Beretta 92 FS .9mm handgun, serial number BER239839Z, with any attachments, and approximately 7 rounds of ammunition.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 1 and/or 2 of this Information, the defendant, **LAURA REYES ESQUIVEL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearm and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value: or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*/s/ Sheila M. L.*

SHEILA G. LAFFERTY
Assistant United States Attorney